IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY RAVOTTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1598 |
| | ) | |
| ONEJET, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 24th day of September 2021, upon consideration of Defendant's Motion to Certify Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and Federal Rule of Appellate Procedure 5(a)(3) (Docket No. 49) and supporting briefs (Docket Nos. 50 and 56), and Plaintiff's Response in Opposition (Docket No. 55), and for the reasons set forth in the accompanying Memorandum Opinion,

THE COURT FINDS that an immediate appeal of this Court's July 1, 2021 Order (Docket No. 47) would materially advance the end of this litigation because a controlling question of law about which there are substantial grounds for difference of opinion is involved, and Defendant's motion is therefore GRANTED.

ACCORDINGLY, IT IS ORDERED that the Court's July 1, 2021 Order is hereby amended by this Order, and that permission to appeal this Order as amended is granted with respect to the following question of law:

> Whether the Bankruptcy Court must use the word "annul" (or "annulling" or "annulled"), or alternatively may use other words to express such intent when exercising its statutory power to lift an automatic stay retroactively pursuant to 11 U.S.C. § 362(d).

IT IS FURTHER ORDERED that any party wishing to immediately appeal this Order to the United States Court of Appeals for the Third Circuit shall file a petition for permission to appeal within ten (10) days of this Order as prescribed by 28 U.S.C. § 1292(b) and Rule 5 of the Federal Rules of Appellate Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record